UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A DAILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF PUBLIC HEALTH,<br><br>　　　　Defendant.<br>_____/ | No. C-11-02486 DMR<br><br>**ORDER TO FILE STATEMENT RE ASSIGNMENT TO OAKLAND DIVISION** |

　　The Court has reviewed Plaintiff's Complaint against Defendant California Department of Health, filed on May 20, 2011. *See* Docket No. 1. It is not apparent whether assignment of this matter to the Oakland Division is proper pursuant to Civil Local Rule 3-2(c)-(d). Therefore, Plaintiff is ordered to file a statement by no later than June 3, 2011 regarding whether assignment to the Oakland Division is proper pursuant to Civil Local Rule 3-2(d) and/or whether this matter should be reassigned to the San Jose Division.

　　IT IS SO ORDERED.

Dated: May 25, 2011

_____
DONNA M. RYU
United States Magistrate Judge