*E-Filed 11/15/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID ARTHUR DAILEY,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF PUBLIC HEALTH,

    Defendant.

_____/

No. C 11-02486 RS

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

On November 9, 2011, plaintiff voluntarily requested the above-captioned case be closed. Because defendants have not yet served an answer or filed a motion for summary judgment, under Federal Rule of Civil Procedure 41(a)(1), the dismissal is without prejudice.

    IT IS SO ORDERED.

Dated: 11/15/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-02486 RS
ORDER