United States District Court

For the Northern District of California

**\*E-Filed 11/15/11\***

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8            SAN FRANCISCO DIVISION

9

10   DAVID ARTHUR DAILEY,                          No. C 11-02486 RS

11            Plaintiff,                  **ORDER GRANTING PLAINTIFF'S
                                          MOTION TO DISMISS WITHOUT
12      v.                                PREJUDICE**

13   CALIFORNIA DEPARTMENT OF PUBLIC
     HEALTH,
14
              Defendant.
15   _____/

16

17   On November 9, 2011, plaintiff voluntarily requested the above-captioned case be closed.  Because

18   defendants have not yet served an answer or filed a motion for summary judgment, under Federal

19   Rule of Civil Procedure 41(a)(1), the dismissal is without prejudice.

20        IT IS SO ORDERED.

21

22   Dated:  11/15/11

23                                          _____
                                            RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                                                    No. C 11-02486 RS
                                                                    ORDER